**Ernest Lee COX, Jr., Plaintiff–Appellant,**

v.

**Gregory HARRIS; et al., Defendants–Appellees.**

No. 08–16252.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 22, 2010.

*See* Fed. R.App. P. 34(a)(2).

Ernest Lee Cox, Jr., Ione, CA, for Plaintiff–Appellant.

Neah Huynh, Deputy Attorney General, AGCA – Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Ernest Lee Cox, Jr., a California state prisoner, appeals pro se from the district court's judgment dismissing as untimely his 42 U.S.C. § 1983 action alleging deliberate indifference to his safety. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Canatella v. Van De Kamp,* 486 F.3d 1128, 1132 (9th Cir.2007). We affirm.

The district court properly dismissed the action as time-barred because Cox filed suit after the applicable statute of limitations and statutory tolling period had expired. *See id.* at 1132–33 (explaining that a one-year statute of limitations applies to any cause of action that was more than one-year old as of January 1, 2003). Moreover, Cox was not eligible for equitable tolling under California's tolling provisions. *See Cervantes v. City of San Diego,* 5 F.3d 1273, 1275 (9th Cir.1993) (setting forth applicable tolling criteria).

** This disposition is not appropriate for publication and is not precedent except as provid-

Cox's remaining contentions are unpersuasive.

**AFFIRMED.**